## WILLIAMS *et al.* v. COOK, executrix.

DUCKWORTH, Chief Justice. 1. "All applications for a new trial, except in extraordinary cases, shall be made during the term at which the trial was had; and when the term shall continue longer than 30 days, the application shall be filed within 30 days from the trial." Code, § 70-301; *Keen* v. *Davis & Brandon*, 141 *Ga.* 608 (81 S. E. 868); *Pendergrass* v. *Duke*, 147 *Ga.* 10 (92 S. E. 649); *Garraux* v. *Ross*, 150 *Ga.* 645 (104 S. E. 907); *Anderson* v. *Garmon*, 194 *Ga.* 128 (21 S. E. 2d, 61); *Sikes* v. *Collins*, 198 *Ga.* 829 (33 S. E. 2d, 13). The purpose of the motion for a new trial is to set aside the verdict. *Scarbrough* v. *Bell*, 193 *Ga.* 255 (17 S. E. 2d, 732).

2. The trial here resulted in a verdict on October 13, 1952, and at the next term of Fulton Superior Court on November 12 the application for a new trial was made. On application of the foregoing law, the trial judge did not err in sustaining the motion to dismiss and in dismissing the motion for new trial.

(a) It was immaterial that the judgment upon the verdict was not signed until October 30, 1952; the law fixing the time for making such applications for new trial refers to the time of the trial rather than the time when judgment was entered upon the verdict.

*Judgment affirmed. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18187. SUBMITTED APRIL 14, 1953—DECIDED APRIL 14, 1953.

*A. T. Walden* and *R. P. Herndon,* for plaintiffs in error.
*Rex T. Reeves,* contra.